1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

8    JOHNNY GALINDO-MARTINEZ,

9           *Plaintiff*,                                        2:13-cv-00367-JAD-GWF

10   vs.

11                                                              ORDER

     STATE OF NEVADA*, et al.*

12          *Defendants*.

13

14

15          The Court having been advised that the case has not been resolved during the stay,

16   this removed prisoner civil rights action shall proceed forward.

17          IT THEREFORE IS ORDERED:

18          1.      That the stay previously entered herein is lifted and that, within **twenty-one (21)**

19   days of entry of this order, the Attorney General's Office shall file a notice advising the Court

20   and plaintiff of:  (a) the names of the defendant(s) for whom it accepts service; (b) the names

21   of the defendant(s) for whom it does **not** accept service, **and** (c) the names of the

22   defendant(s) for whom it is filing last-known-address information under seal.  As to any of the

23   named defendant(s) for whom the Attorney General's Office cannot accept service, the Office

24   shall file, under seal, the last known address(es) of those defendant(s) for whom it has such

25   information.

26          2.      If service cannot be accepted for any of the named defendant(s), plaintiff shall

27   file a motion identifying the unserved defendant(s), requesting issuance of a summons, and

28   specifying a full name for the defendant(s).  For the defendant(s) as to which the Attorney

1   General has not provided last-known-address information, plaintiff shall provide the full name

2   **and** address for the defendant(s).

3         3.      If the Attorney General accepts service of process for any named defendant(s),

4   such defendant(s) shall file and serve an answer or other response to the remaining claims

5   within **sixty (60) days** from the date of this order.

6         4.      That, henceforth, plaintiff shall serve upon defendants' counsel a copy of every

7   pleading, motion or other document submitted for consideration by the Court and shall attach

8   a certificate of such service with the paper submitted.  Plaintiff shall direct service to the

9   individual attorney named in the notice of appearance, at the address stated therein.  The

10  Court may disregard any paper received by a judge that has not been filed with the Clerk and

11  any paper which fails to include a certificate showing proper service.

12        DATED:   January 28, 2014

13

14

15  _____

16  GEORGE FOLEY, JR.
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

-2-