# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY GALINDO-MARTINEZ,<br>    *Plaintiff*,<br>vs.<br>STATE OF NEVADA*, et al.*<br>    *Defendants*. | 2:13-cv-00367-JAD-GWF<br><br>ORDER |

The Court having been advised that the case has not been resolved during the stay, this removed prisoner civil rights action shall proceed forward.

IT THEREFORE IS ORDERED:

1. That the stay previously entered herein is lifted and that, within **twenty-one (21)** days of entry of this order, the Attorney General's Office shall file a notice advising the Court and plaintiff of: (a) the names of the defendant(s) for whom it accepts service; (b) the names of the defendant(s) for whom it does **not** accept service, **and** (c) the names of the defendant(s) for whom it is filing last-known-address information under seal. As to any of the named defendant(s) for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

2. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name for the defendant(s). For the defendant(s) as to which the Attorney

General has not provided last-known-address information, plaintiff shall provide the full name **and** address for the defendant(s).

3. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the remaining claims within **sixty (60) days** from the date of this order.

4. That, henceforth, plaintiff shall serve upon defendants' counsel a copy of every pleading, motion or other document submitted for consideration by the Court and shall attach a certificate of such service with the paper submitted.  Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a judge that has not been filed with the Clerk and any paper which fails to include a certificate showing proper service.

DATED: January 28, 2014

_____
GEORGE FOLEY, JR.
United States Magistrate Judge