# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY GALINDO-MARTINEZ, | |
|                     Plaintiff, | Case No. 2:13-cv-00367-JAD-GWF |
| vs. | **ORDER** |
| STATE OF NEVADA, et al., | Motion for Subpoenas (#22) |
|                     Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Subpoenas (#22) filed on June 9, 2014.

Plaintiff filed a Motion for Subpoenas therein requesting that the Court subpoena from Defendants electronically stored information or tangible things in Defendants' possession pertaining to the incident that occurred on October 14, 2010. Plaintiff specifically requests NDOC's notice of charges, medical records, and his administrative segregation notice.

Plaintiff's request for subpoenas is not the proper way to conduct discovery. The Court advises Plaintiff to review the Federal Rules of Civil Procedure to ascertain the appropriate process for requesting discovery from Defendants. Specifically, Rules 26-37 of the Federal Rules of Civil Procedure may assist Plaintiff with his discovery requests. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Subpoenas (#22) is **denied.**

DATED this 12th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge