# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY GALINDO-MARTINEZ,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:13-cv-00367-JAD-GWF<br><br>**ORDER**<br><br>Motion/Letter to Defendants to Reconsider Settlement Negotiations (#25) |

　　　This matter comes before the Court on Plaintiff's Motion/Letter to Defendants to Reconsider Settlement Negotiations (#25) filed on June 9, 2014.

　　　Plaintiff filed a document titled, "Motion/Letter to Defendants" in which he indicates his willingness to re-enter settlement negotiations with Defendants.  Communications between the parties regarding settlement should not be filed with the Court.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion/Letter to Defendants (#25) is **stricken.**

　　　DATED this 12th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge